IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> LANE COMPANY MECHANICAL, INC. <br> Defendant. | Civil Action No. 1:19-cv-1028 |

## ORDER

On October 17, 2019, United States Magistrate Judge Michael S. Nachmanoff entered a Report and Recommendation ("Report") in this case, recommending that default judgment be entered against Defendant Lane Company Mechanical, Inc. and in favor of Plaintiffs Board of Trustees of the Sheet Metal Workers' National Pension Fund, the Board of Trustees of the International Training Institute for the Sheet Metal and Air Conditioning Industry, the Board of Trustees for the Sheet Metal Occupational Health Institute Trust, and the Board of Trustees of the National Emergency Management Institute Committee (collectively, the "Plaintiff Funds").

Upon consideration of the record and Judge Nachmanoff's Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 12).

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

1

Accordingly,

It is hereby **ORDERED** that plaintiffs' motion for default judgment (Dkt. 8) is **GRANTED**.

It is further **ORDERED** that default judgment is entered against Defendant Lane Company Mechanical, Inc. and in favor of the Plaintiff Funds in the amount of $20,713.02, which consists of: (i) $12,540.07 in delinquent contributions; (ii) $2,508.06 in liquidated damages; (iii) $1,348.06 in accrued interest as of September 11, 2019; (iv) $517.56 in interest on late contributions; (v) $936.22 in liquidated damages on late contributions; (vi) $2,324.00 in attorney's fees; and (v) $538.84 in costs.

The Clerk of the Court is directed to enter Rule 58 judgment Defendant Lane Company Mechanical, Inc. and in favor of Plaintiffs Board of Trustees of the Sheet Metal Workers' National Pension Fund, the Board of Trustees of the International Training Institute for the Sheet Metal and Air Conditioning Industry, the Board of Trustees for the Sheet Metal Occupational Health Institute Trust, and the Board of Trustees of the National Emergency Management Institute Committee $20,713.02, which consists of: (i) $12,540.07 in delinquent contributions; (ii) $2,508.06 in liquidated damages; (iii) $1,348.06 in accrued interest as of September 11, 2019; (iv) $517.56 in interest on late contributions; (v) $936.22 in liquidated damages on late contributions; (vi) $2,324.00 in attorney's fees; and (v) $538.84 in costs.

The Clerk is further directed to provide a copy of this Order to all counsel of record, and to place this matter among the ended causes.

Alexandria, Virginia
November 4, 2019

/s/
T. S. Ellis, III
United States District Judge

2